IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-CR-45 |
| NEHEMIE ALMONOR, | Count 1: Wire Fraud<br>18 U.S.C. § 1343 |
| Defendant. | Forfeiture Notice |

## CRIMINAL INFORMATION

THE UNITED STATES CHARGES THAT:

### COUNT 1
(Wire Fraud)

From in or around May 2022 through at least in or around April 2025, in the Eastern District of Virginia and elsewhere, the defendant, Nehemie Almonor, having devised a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted writings, signs, and signals by means of wire communication in interstate commerce—to wit: the defendant, using a computer in the Eastern District of Virginia, caused to be transmitted false timecards to a U.S. government data center that is located outside the Commonwealth of Virginia—for the purpose of executing the scheme and artifice to defraud.

(In violation of Title 18, United States Code, Section 1343).

## FORFEITURE NOTICE

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant, NEHEMIE ALMONOR, is hereby notified that, if convicted of the offense listed in Count 1 of the Information, the defendant, NEHEMIE ALMONOR, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

The property subject to forfeiture includes, but is not limited to, a monetary judgment in the amount of not less than $291,905.32, representing the proceeds the defendant obtained as a result of the offense in Count 1.

Pursuant to 21 U.S.C. § 853(p), the defendant, NEHEMIE ALMONOR, shall forfeit substitute property, if, by any act or omission of the defendant, NEHEMIE ALMONOR, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and Federal Rule of Criminal Procedure 32.2(a)).

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By: _____

Jake A. Drucker
Special Assistant United States Attorney
Jordan Harvey
Assistant United States Attorney
Counsel for the United States

Date:   February 27, 2026